A091 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA

FILED

UNITED STATES OF AMERICA

V.

**NACHO HINOJOSA GARCIA**

,

APR 14  2 01 PM '05

**CRIMINAL COMPLAINT**

U.S. MAGIST... JUDGE

CASE NUI

MJ-S-05-0310-RJJ-RJJ

(Name and Address of Defendant)

I. the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __01/30/1997__ in __Clark__ county, in the _____District of __Nevada__ defendant(s). did: willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Murphys, California, or other areas not currently known, after committing the crime of 2 Cts. Attempt Murder with a Deadly Weapon. This is a felony under the laws of the State of Nevada, Nevada Revised Statutes (NRS) 200.030.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Task Force Officer__ and that this complaint is based on the following facts:

On 01/28/1997, Luis Norris, a Police Officer with the Las Vegas Metropolitan Police Department (LVMPD), was shot in the line of duty in the 1400 block of East Reno Avenue, Las Vegas, Nevada. The offender fled the scene after the shooting. Investigation by the LVMPD Homicide Unit identified the offender as Nacho Hinojosa Garcia. It was also learned that just prior to shooting Officer Norris, the defendant had shot and wounded Kent Spear, who is a self described friend of Garcia's. The reason for shooting Spear is unknown. On 01/30/1997, a Las Vegas Justice Court Warrant (97F00609X) was issued for the defendant, Nacho Hinojosa Garcia, charging him with 2 Cts. Attempt Murder with a Deadly Weapon, no-bail.

Extensive efforts by the Las Vegas Metropolitan Police Department to locate the defendant in Las Vegas, Nevada, have been unsuccessful. On 03/21/2005, the Department of Housing and Urban Development (HUD), notified the LVMPD that a person using Garcia's date of birth and Social Security Account Number was receiving benefits at an address in Murphys, California. For this reason, it is believed that the defendant committed the crime mentioned above in the State of Nevada, traveled to Murphys, California, and/or locations currently not known.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

By_____

Date ___April 14 2005___ at

**UNITED STATES MAGISTRATE JUDGE**

Name & Title of Judicial Officer

**JACK CLEMENTS**
**Task Force Officer, FBI**
**Las Vegas, Nevada**

Las Vegas, Nevada

City and State

Signature of Judicial Officer

44951_05.WPD